IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DINORA CHACON, § | |
| § | |
| Plaintiff, § | |
| v. § | CIVIL ACTION |
| § | FILE NO. 4:13-CV-03263 |
| HYATT CORPORATION, § | |
| § | |
| Defendant. § | |
| _____§ | |

## DISCLOSURE STATEMENT

Pursuant to the Court's Order for Disclosure of Interested Parties and the Federal Rules of Civil Procedure, Defendant Hyatt Corporation, (hereinafter "Hyatt" or "Defendant") hereby disclose that the following persons and business entities may have a financial interest in this litigation. The only publicly traded business entity in this disclosure is underlined.

1. Dinora Chacon
   Plaintiff

2. Sidd Rao and Todd Slobin
   Counsel for Plaintiff

3. Defendant Hyatt Corporation

   John V. Jansonius
   Lauren E. Mutti
   Counsel for Defendant

4. <u>Hyatt Hotels Corporation;</u> Hyatt Market Street, Inc., a wholly owned subsidiary of Hyatt Corporation.

Respectfully submitted,

*John V. Jansonius*
John V. Jansonius
State Bar No. 10571900
Lauren E. Mutti
State Bar No. 24050042
**JACKSON WALKER L.L.P.**
901 Main Street, Suite 6000
Dallas, Texas 75202
(214) 953-6000
(214) 953-5822 - Fax
Email: jjansonius@jw.com

**ATTORNEYS FOR DEFENDANT HYATT CORPORATION**

## CERTIFICATE OF SERVICE

This is to certify that on this 6th day of November, 2013, a true and correct copy of the foregoing document was served via facsimile, upon:

Todd Slobin
Sidd Rao
11 Greenway Plaza, Suite 1515
Houston, Texas 77046
Telephone: (713) 621-2277
Facsimile: (713) 621-0993

*Lauren E. Mutti*
Lauren E. Mutti