IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **DINORA CHACON,**<br><br>         Plaintiff,<br><br>v.<br><br>**HYATT CORPORATION,**<br><br>         Defendant. | C.A. No. 4:13-CV-03263<br><br><br><br>Jury Trial Demanded |

### PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES
_____

1. Dinora Chacon
   c/o SHELLIST | LAZARZ | SLOBIN LLP
   11 Greenway Plaza, Suite 1515
   Houston, Texas 77046

2. Sidd Rao
   SHELLIST | LAZARZ | SLOBIN LLP
   11 Greenway Plaza, Suite 1515
   Houston, Texas 77046

3. Todd Slobin
   SHELLIST | LAZARZ | SLOBIN LLP
   11 Greenway Plaza, Suite 1515
   Houston, Texas 77046

4. Hyatt Corporation
   c/o John V. Jansonius
   JACKSON WALKER LLP
   901 Main Street, Suite 6000
   Dallas, Texas 75202

Respectfully submitted,

**SHELLIST LAZARZ SLOBIN LLP**

By: */s/ Sidd Rao*
Todd Slobin
State Bar No. 24002953
Southern District No. 22701
Sidd Rao
State Bar No. 24065947
Southern District No. 1095562
11 Greenway Plaza, Suite 1515
Houston, Texas 77046
Telephone:  (713) 621-2277
Telecopier:  (713) 621-0993

**ATTORNEYS FOR PLAINTIFF
DINORA CHACON**

### CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2013, a true and correct copy of the foregoing document was electronically filed. Notice of this filing will be sent to the following counsel of record for all parties by operation of the Court's Electronic Filing System:

John V. Jansonius
Lauren E. Mutti
JACKSON WALKER L.L.P.
901 Main Street, Suite 6000
Dallas, Texas 75202
Facsimile: (214) 953-5822
Email: jjansonius@jw.com


*/s/ Todd Slobin*
Todd Slobin