IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DINORA CHACON,<br><br>　　　Plaintiff,<br><br>v.<br><br>HYATT CORPORATION,<br><br>　　　Defendant. | C.A. No. 4:13-CV-03263<br><br><br><br>Jury Trial Demanded |

## PLAINTIFF'S DESIGNATION OF EXPERTS

**DINORA CHACON**, the Plaintiff herein, designates the following expert witnesses:

Todd Slobin
Sidd Rao
Shellist Lazarz Slobin LLP
11 Greenway Plaza, Suite 1515
Houston, Texas 77046
(713) 621-2277 (tel)
(713) 621-0993 (fax)

The above-mentioned attorneys are expected to testify as to the reasonableness and necessity of the attorneys' fees, costs, and expenses incurred in prosecuting this claim.

It is anticipated that testimony regarding attorneys' fees and costs will be presented live to the Court, or via affidavit post-trial, and assuming Plaintiff is a prevailing party.

It is anticipated that evidence supporting Mr. Slobin and Mr. Rao's testimony will be provided to counsel for Defendant prior to any hearing the Court will hold on the matter, or as otherwise directed by the Court.

The biographies of Mr. Slobin and Mr. Rao can be found at www.eeoc.net.

Respectfully submitted,

/s/ Todd Slobin
Todd Slobin
State Bar No. 24002953
Federal ID No. 22701
Sidd Rao
State Bar No. 24065947
Federal ID No. 1095562
11 Greenway Plaza, Suite 1515
Houston, Texas 77046
Telephone: (713) 621-2277
Email: tslobin@eeoc.net
Email: srao@eeoc.net

**ATTORNEYS FOR PLAINTIFF
DINORA CHACON**

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2014, a true and correct copy of the foregoing document was electronically filed. Notice of this filing will be sent to the following counsel of record for all parties by operation of the Court's Electronic Filing System:

John V. Jansonius
Lauren E. Mutti
JACKSON WALKER L.L.P.
901 Main Street, Suite 6000
Dallas, Texas 75202
Facsimile: (214) 953-5822
Email: jjansonius@jw.com

/s/ Sidd Rao
Sidd Rao